UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 15, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EZRA MICHAEL LEE,

    Defendant.

Case No. 2:14-cr-0023&#8209;JAM

14-cr-0237 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __EZRA MICHAEL LEE__,

Case No. __2:14-cr-00238-JAM__ Charge __18 USC 922(g)(1), 18 USC 924(d)(1) and 28 USC 2461(c)__, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __50,000.00__

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

Issued at Sacramento, California on September 15, 2014 at __9:30 pm__

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney