1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CAROLYN M. WIGGIN, Bar #182732
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorneys for Defendant-Movant
   Ezra Michael Lee
8

9

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12

13 | UNITED STATES OF AMERICA,        | Case No. 2:14-cr-00237-JAM-AC
14 |                Plaintiff-Respondent, | **Amended Stipulation and [Proposed]**
15 |                                  | **Order Re Briefing Schedule**
16 |        v.                         |
17 | EZRA MICHAEL LEE,                 |
18 |                Defendant-Movant.  |

19      IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF

20 AMERICA, through Assistant United States Attorney Ross K. Naughton, and EZRA MICHAEL

21

22 LEE, through Assistant Federal Defender Carolyn M. Wiggin, that the following briefing

23 schedule be ordered:

24      1. Plaintiff UNITED STATES OF AMERICA shall file an Answer to Defendant-

25         Movant EZRA MICHAEL LEE's motion to vacate, set aside or correct his sentence

26
           pursuant to 29 U.S.C. § 2255 on or before September 23, 2016;
27
        2. Defendant-Movant EZRA MICHAEL LEE's optional Reply is due on or before 14
28

-1-

days from the date the Answer is filed.

| | |
|---|---|
| Dated:  August 3, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Carolyn M Wiggin*<br>CAROLYN M. WIGGIN<br>Assistant Federal Defender<br>Attorney for Defendant-Movant<br>EZRA MICHAEL LEE |
| Dated:  August 3, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | */s/ Ross K. Naughton*<br>ROSS K. NAUGHTON<br>Assistant United States Attorney |

ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties,

1. Plaintiff UNITED STATES OF AMERICA shall file an Answer to Defendant-Movant EZRA MICHAEL LEE's motion to vacate, set aside or correct his sentence pursuant to 29 U.S.C. § 2255 on or before September 23, 2016;

2. Defendant-Movant EZRA MICHAEL LEE's optional Reply is due on or before 14 days from the date the Answer is filed.

IT IS SO ORDERED.

DATED: August 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE