| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar No. 122664<br>Federal Defender |
| 2 | CAROLYN M. WIGGIN, Bar No. 182732<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: 916.498.5700 |
| 5 | Attorney for Movant<br>EZRA MICHAEL LEE |
| 6 | |
| 7 | IN THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 8 | |

| | | |
|---|---|---|
| 9 | EZRA MICHAEL LEE, | ) |
| 10 | Movant, | ) No. 2:14-cr-00237-JAM-AC-1 |
| 11 | v. | ) **REQUEST FOR VOLUNTARY** |
| 12 | UNITED STATES OF AMERICA, | ) **DISMISSAL; ORDER** |
| 13 | Respondent. | ) |

15  Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, Movant EZRA MICHAEL

16  LEE, by and through his appointed counsel, hereby respectfully requests that this Court enter an

17  order dismissing without prejudice his Motion to Vacate, Set Aside or Correct Sentence under 28

18  //

19  //

20  //

21  //

22  //

23  //

24

25

U.S.C. Section 2255, filed June 13, 2016 (docket entry no. 24).


DATED: March 13, 2017    Respectfully submitted,


         *s/ Ezra Michael Lee*
         EZRA MICHAEL LEE
         (Original Signature on File)

DATED: March 8, 2017    HEATHER E. WILLIAMS
         Federal Defender

         *s/ Carolyn M. Wiggin*
         CAROLYN M. WIGGIN
         Assistant Federal Defender
         Attorney for Movant
         EZRA MICHAEL LEE

ORDER

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), Movant EZRA MICHAEL LEE' request for dismissal of his Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. Section 2255, filed June 13, 2016 (docket entry no. 24), is GRANTED.

IT IS SO ORDERED.

DATED: 5/12/2017

/s/ John A. Mendez

Hon. John A. Mendez
United States District Court Judge